**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| CRYSTAL PACKAGING, INC., | ) Case No. 22-10990 EEB |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

**ORDER GRANTING MOTION TO ASSUME FACTORING AGREEMENT WITH A/R FUNDING**

THIS MATTER having come before the Court on the Motion to Assume Factoring Agreement (the "Motion") with Associated Receivables Funding, Inc. ("A/R Funding") filed by Crystal Packaging, Inc. ("Debtor"), and the Court, finding proper notice was given and being advised in the premises, hereby

FINDS Debtor's assumption of the agreement with A/R Funding attached as Exhibit 1 to the Motion (the "Agreement") is in the best interests of creditors and the estate. The Court therefore

ORDERS the Motion is GRANTED and the Agreement is deemed ASSUMED.

DATED this _____ day of _____, 2022.

BY THE COURT:

_____
Hon. Elizabeth E. Brown
United States Bankruptcy Judge